STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

John Edmund McElligott  Jr.      Kevin M. Dills
Davidson, Meaux, etc.         Davidson, Meaux, Sonnier
P. O. Box 2908                  P. O. Drawer 2908
Lafayette LA 70502-2908     Lafayette LA 70502

**REHEARING ACTION: March 25, 2009**

**Docket Number: 08   01208-CA consolidated with 1,001-CW**

**QUINN L. DUCOTE, ET UX.**
**VERSUS**
**UNION PACIFIC RAILROAD COMPANY, ET AL.**

**Appealed from Rapides Parish Case No. 218,842**

<u>**BEFORE JUDGES**</u>**:**

     **Hon. Ulysses Gene Thibodeaux**
     **Hon. Elizabeth A. Pickett**
     **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Union Pacific Railroad Company** has this day been

     **DENIED.**

cc: Laurel Irene White, Counsel for the Appellee
    Elizabeth Sheridan Hardy, Counsel for the Appellant